UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-24005

**MARK A. TURNER**
**Plaintiff,**
1411 Se 26th Ave.
Homestead, Florida 33035
**Vs.**

**CHARTER SCHOOLS USA, INC.,**
**Defendants.**

800 Corporate Drive
Suite 700
Fort Lauderdale, Florida 33334
**And**

**KEYS GATE CHARTER SCHOOL**
**Defendants**
2355 SE 28th Ave.
Homestead Florida 33035
**And**

**HOMESTEAD POLICE, DEPARTMENT**
45 Nw 1st Ave. Homestead
Florida 33035
**And**

**CITY OF HOMESTEAD**
**Defendants**
100 Civic Court
Homestead Florida 33030

FILED BY_____D.C.
OCT 18 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**PLAINTIFFS MOTION ASKING COURT ORDER TO FILE ELECTRONIC VIDEO EVIDENCE, EXHIBITS, 27 C ( ASHLEY PIANO ) and EXHIBIT, 28 ( PLAINTIFF WALKING INTO ENTRANCE KEYS GATE CHARTER ELEMENTARY SCHOO AT 3:45 TUESDAY SEPTEMBER 6, 2016 )**

On October 15, 2019 the plaintiff filed his motion and exhibits in opposition to defendant Homestead Police and Keys Gate Charter Schools summary judgement motions, the clerk of courts informed the prose litigant, not privy to all civil rules and procedures that govern the U.S. District Courts, that he must obtain an order from the court to file the electronic evidence identified as **exhibit 27** & **exhibit 28,** the plaintiff affirmatively states that the video evidence on CD format is relevant and has been conveyed to defendant counsel in the course of discovery, for cause shown the plaintiff respectfully petitions the court to accept and file on record the relevant evidence submitted in CD format

I Mark A Turner certify that a true and accurate copy of the was sent to the defendants,

**PLAINTIFFS MOTION ASKING COURT ORDER TO FILE ELECTRONIC VIDEO EVIDENCE, EXHIBITS, 27 C ( ASHLEY PIANO ) and EXHIBIT, 28 ( PLAINTIFF WALKING INTO ENTRANCE KEYS GATE CHARTER ELEMENTARY SCHOO AT 3:45 TUESDAY SEPTEMBER 6, 2016 )**

PRO-SE LITIGANT
**MARK A. TURNER**
Plaintiff,
1411 Se 26th Ave.
Homestead, Florida 33035
Ph. 330-501-0352
Markanthony37@sbcglobal.net
Date: OCTOBER 14, 2019

Signature _____

## CLERICAL FILING INSTRUCTIONS FOR PLAINTIFFS MOTIONS AND EXHIBITS
## Case No; 18-CV-24005

**MARK A TURNER**
**1411 SE 26TH AVENUE**
**HOMESTEAD FLORIDA 33035**
**CELL 330-501-0352**

Attention;
CLERK OF COURTS; FOR THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA, please file captioned case title below;

**PLAINTIFFS MOTION ASKING COURT ORDER TO FILE ELECTRONIC VIDEO EVIDENCE, EXHIBITS, 27 C ( ASHLEY PIANO ) and EXHIBIT, 28 ( PLAINTIFF WALKING INTO ENTRANCE KEYS GATE CHARTER ELEMENTARY SCHOO AT 3:45 TUESDAY SEPTEMBER 6, 2016 )**

**QUESTIONS? JUST CALL (MARK) THANK YOU!**

Mark A Turner _/s/_

OCTOBER 16, 2019
~~September 22, 2019~~

Mailing Address for Miami Courthouse Complex:
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, Room 8N09
Miami, FL 33128


