UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24005-CIV-GAYLES/MCALILEY

MARK A. TURNER,

    Plaintiff,

vs.

CHARTER SCHOOLS USA, INC, *et al.*,

    Defendants.

_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY TO HOMESTEAD DEFENDANTS' REPLY**

Plaintiff Mark A. Turner filed a motion for leave to file a sur-reply in support of his opposition to Defendants Homestead Police Department's and City of Homestead's Motion for Summary Judgment, which the Honorable Darrin P. Gayles referred to me. (ECF Nos. 76, 209). The Motion for Leave raises the same arguments set forth in Plaintiff's Motion for Leave to File Sur-Reply in support of his opposition to the Charter School Defendants' motion for summary judgment, which the Court denied. Accordingly, the Court concludes that the Motion for Leave is without merit for the reasons set forth in the Order Denying Motion for Leave to File Sur-Reply (ECF No. 205).

Both motions for leave also rely upon Federal Rule of Civil Procedure 15(a) as authority for permitting Plaintiff to file a sur-reply. Rule 15 is inapposite because it governs amendment of *pleadings*, not the filing of a sur-reply, which is a response to a reply filed in support of a *motion*. *See* Fed. R. Civ. P. 15 (titled "Amended and Supplemental *Pleadings*")

1

(emphasis added); Fed. R. Civ. P. 7(a) (defining the *only* pleadings as "a complaint; an answer to a complaint; an answer to a counterclaim designated as a counterclaim; an answer to a crossclaim; a third-party complaint; an answer to a third-party complaint; and if the court orders one, a reply to an answer.").

For the foregoing reasons, the Court hereby **DENIES** Plaintiff's Motion for Leave to File Sur-Reply [ECF No. 209].

DONE and ORDERED in chambers at Miami, Florida this 30th day of October, 2019.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Darrin P. Gayles
    Counsel of Record
    Mark A. Turner, Plaintiff