# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-24005-GAYLES/MCALILEY

**MARK A. TURNER,**

      Plaintiff,

v.

**CHARTER SCHOOLS USA, INC., et al.,**

      Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Chris McAliley's Report and Recommendation on Motions for Summary Judgment [ECF No. 230] ("Report"). On September 4, 2018, Plaintiff Mark Turner filed his Complaint against Defendants Charter Schools, USA, Inc., and Homestead Police Department for violations of 42 U.S.C. § 1983, various Florida state law provisions, and common law torts.[1] [ECF No. 1]. The matter was referred to Magistrate Judge McAliley pursuant to 28 U.S.C. § 636(b)(1)(B) for a ruling on all pretrial, non-dispositive motions and for a Report and Recommendation on any dispositive motions. [ECF No. 76]. On January 14, 2020, Judge McAliley issued her Report recommending that Defendants' Motions for Summary Judgment [ECF Nos. 190, 192] be granted. Plaintiff filed timely objections to the Report [ECF No. 241] to which Defendants City of Homestead and Homestead Police Department replied [ECF No. 245].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which

---

[1] Defendants removed the case to this Court on September 27, 2018. [ECF No. 1]. Plaintiff later amended his Complaint to add Defendants Keys Gate Charter School and City of Homestead. [ECF No. 37].

objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court, having conducted a *de novo* review of the record, agrees with Judge McAliley's well-reasoned analysis and findings that Defendants' Motions for Summary Judgment be granted. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

(1) Judge McAliley's Report and Recommendation on Motions for Summary Judgment [ECF No. 230] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

(2) Defendants', Charter Schools USA, Inc., and Keys Gate Charter School, Motion for Summary Judgment [ECF No. 190] is **GRANTED**.

(3) Defendants', City of Homestead and Homestead Police Department, Motion for Summary Judgment [ECF No. 192] is **GRANTED**.

(4) The Calendar Call set for February 12, 2020, at 9:30 am and Jury Trial set for the February 17, 2020, trial period are hereby **CANCELLED** and shall be removed from the Court's calendar.

(5) Defendants shall move for final judgment within fourteen (14) days of this Order.

(6) All pending motions are **DENIED AS MOOT**, save for Defendants' Amended Motion for Sanctions and Attorney's Fees for Plaintiff's Bad-Faith Discovery

2

Violations [ECF No. 141], because it relates to Plaintiff's conduct during discovery and not to the merits or procedural posture of the case.

(7) This action is **CLOSED** for administrative purposes.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of February, 2020.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE