# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-24005-GAYLES/MCALILEY

**MARK A. TURNER,**

      Plaintiff,

v.

**CHARTER SCHOOLS USA, INC., et al.,**

      Defendants.

_____/

## AMENDED ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Chris McAliley's Report and Recommendation on Motions for Summary Judgment [ECF No. 230] ("Report"). On September 4, 2018, Plaintiff Mark Turner filed his Complaint against Defendants Charter Schools, USA, Inc., and Homestead Police Department for violations of 42 U.S.C. § 1983, various Florida state law provisions, and common law torts.[1] [ECF No. 1]. The matter was referred to Magistrate Judge McAliley pursuant to 28 U.S.C. § 636(b)(1)(B) for a ruling on all pretrial, non-dispositive motions and for a Report and Recommendation on any dispositive motions. [ECF No. 76]. On January 14, 2020, Judge McAliley issued her Report recommending that Defendants' Motions for Summary Judgment [ECF Nos. 190, 192] be granted. Plaintiff filed timely objections to the Report [ECF No. 241] to which Defendants City of Homestead and Homestead Police Department replied [ECF No. 245].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which

---

[1] Defendants removed the case to this Court on September 27, 2018. [ECF No. 1]. Plaintiff later amended his Complaint to add Defendants Keys Gate Charter School and City of Homestead. [ECF No. 37].

objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court, having conducted a *de novo* review of the record, agrees with Judge McAliley's well-reasoned analysis and findings that Defendants' Motions for Summary Judgment be granted. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

(1) Judge McAliley's Report and Recommendation on Motions for Summary Judgment [ECF No. 230] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

(2) Defendants', Charter Schools USA, Inc., and Keys Gate Charter School, Motion for Summary Judgment [ECF No. 190] is **GRANTED**.

(3) Defendants', City of Homestead and Homestead Police Department, Motion for Summary Judgment [ECF No. 192] is **GRANTED**.

(4) The Calendar Call set for February 12, 2020, at 9:30 am and Jury Trial set for the February 17, 2020, trial period are hereby **CANCELLED** and shall be removed from the Court's calendar.

(5) Defendants shall move for final judgment within fourteen (14) days of this Order.

(6) All pending motions are **DENIED AS MOOT**, save for (1) Defendants' Amended Motion for Sanctions and Attorney's Fees for Plaintiff's Bad-Faith Discovery

Violations [ECF No. 141], (2) Defendants' Motion for Sanctions and Attorney's Fees [ECF No. 136], and (3) Defendants' Rule 11 Motion for Sanctions [ECF No. 215] (collectively, the "Sanctions Motions"), because the Sanctions Motions relate to Plaintiff's conduct during discovery and not to the merits or procedural posture of the case. The Sanctions Motions shall be referred to Magistrate Judge Chris McAliley.

(7) This action is **CLOSED** for administrative purposes.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of February, 2020.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE