## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:18-cv-24005-GAYLES/MCALILEY

**MARK A. TURNER**,

      Plaintiff,

v.

**CHARTER SCHOOLS USA, INC.,**
**HOMESTEAD POLICE DEPARTMENT,**
**KEYS GATE CHARTER SCHOOL, and**
**CITY OF HOMESTEAD**,

      Defendants.

_____/

### ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Chris M. McAliley's Report
and Recommendation (the "Report"), [ECF No. 308], regarding Defendants Homestead Police
Department and City of Homestead's (collectively, "Defendants") Rule 11 Motion for Sanctions
(the "Motion"), [ECF No. 215]. The Court referred this matter to Judge McAliley, pursuant to 28
U.S.C. § 636(b)(1)(B), for a ruling on all pre-trial, non-dispositive motions and for a report and
recommendation on any dispositive motions. [ECF No. 76].

On November 18, 2019, Defendants filed the instant Motion seeking sanctions against
Plaintiff Mark A. Turner pursuant to Federal Rule of Civil Procedure 11. [ECF No. 215]. On
December 2, 2019, Plaintiff filed his Response in opposition to the Motion. [ECF No. 223]. On
August 18, 2020, Defendants filed a supplement to their Motion. [ECF No. 300]. On October 30,
2020, Judge McAliley issued her Report, which recommends that the Court: (1) grant Defendants'
Motion; (2) enter an order directing the Clerk of Court to only accept any future complaint Plaintiff

files *pro se* on the condition that the presiding judge receives copies of the Report and this Order and thereafter enters an order authorizing Plaintiff to proceed without counsel; and (3) enter an order requiring Plaintiff to file copies of the Report and this Order with any future *pro se* complaint he files in any court. [ECF No. 308 at 13]. Neither party timely filed objections to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having reviewed the Report, the Court finds no clear error and agrees with Judge McAliley's well-reasoned analysis and conclusion. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  Magistrate Judge Chris M. McAliley's Report and Recommendation, [ECF No. 308], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2.  Defendants Homestead Police Department and City of Homestead's Rule 11 Motion for Sanctions, [ECF No. 215], is **GRANTED**.

3.  The Clerk of Court is directed to only accept any future complaint filed *pro se* by Mark A. Turner on the condition that the presiding judge receives copies of Judge McAliley's Report and Recommendation, [ECF No. 308], and this Order.

Thereafter, Mr. Turner may only proceed with his *pro se* complaint if the presiding judge enters an order authorizing him to proceed without counsel.

4.   Plaintiff Mark A. Turner shall file copies of Judge McAliley's Report and Recommendation, [ECF No. 308], and this Order with any future complaint he files *pro se* in any court, state or federal.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of February, 2021.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE